IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROLAND C. MRACEK                  :              CIVIL ACTION
                                  :
            v.                    :
                                  :
BRYN MAWR HOSPITAL, et al.        :              NO. 08-296

O R D E R

Before the Honorable Robert F. Kelly

        AND NOW, this 11TH day of March, 2009, in accordance
with the Court's Memorandum and Order filed on this date,


        IT IS ORDERED that Judgment be and the same is hereby
entered in favor of the defendant Intuitive Surgical, Inc. and
against the plaintiff (Defendant Bryn Mawr Hospital was dismissed
before this case was removed from state court).




                          BY THE COURT

                          ATTEST:s/Thomas Garrity
                                  Thomas Garrity
                                  Deputy Clerk


Civ 1 (8/80)